UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSA BELLOCCO, On Behalf of
Herself and all Others Similarly Situated,

      Plaintiff(s),

v.

HOWARD R. CURD, ROBERT L. SORAN,
and GEORGE J. ZULANAS, JR.,

      Defendants.
_____/

Civil Action No. 8:02-CV-1141-T-27TBM
Whittemore, J.

MARIO A. SABATES,

      Plaintiff,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and KC MAY
SECURITIES CORPORATION,

      Defendants.
_____/

Civil Action No. 8:04-CV-824-T17MSS
Lazzara, J.

FELICIANO S. SABATES and
CAROLYN P. SABATES,

      Plaintiffs,

v.

HOWARD R. CURD, HOWARD F. CURD,
EILEEN S. CURD, JESUP & LAMONT
SECURITIES CORPORATION, and KC MAY
SECURITIES CORPORATION,

      Defendants.
_____/

Civil Action No. 8:04-CV-825-T26MSS
Lazzara, J.

## JOINT NOTICE OF INTENT TO MEDIATE

PLEASE TAKE NOTICE that Plaintiffs Feliciano S. Curd, Carolyn P. Sabates and Mario A. Sabates and Defendants Howard R. Curd and KC May Securities Corporation (collectively

the "Parties") have agreed to mediate their disputes with the intention of resolving all pending claims between them. The Parties expect to conduct the mediation within the next month, and will advise the Court of the outcome of the mediation within one week following the conclusion of the sessions(s).

Dated: May 26, 2005

**GREENBERG TRAURIG, LLP**

By: /s/ Ronald D. Lefton
Ronald D. Lefton
David J. Stone
MetLife Building
200 Park Avenue, 15th Floor
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Attorneys for Defendants HOWARD R. CURD and KC MAY SECURITIES CORPORATION

**ZUCKERMAN SPAEDER LLP**

By: /s/ Robert R. Hearn
Robert R. Hearn
Florida Bar No. 0067687
ZUCKERMAN SPAEDER LLP
101 E. Kennedy Blvd, Suite 1200
Tampa, Florida 33602
(813) 221-1010 – (813) 223-7961 fax

and

**MORRIS MANNING & MARTIN LLP**

By: /s/ Donald A. Loft
Donald A. Loft, Trial Counsel
Georgia Bar No. 455706
Ross A. Albert
Georgia Bar No. 007749
MORRIS MANNING & MARTIN
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
(404) 233-7000
(404) 365-9532

Attorneys for Plaintiffs FELICIANO S. SABATES, CAROLYN P. SABATES AND MARIO A. SABATES

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jonathan L. Alpert, Hilarie Bass, John R. Bush, Paul J. Geller, Ronald D. Lefton, Sandy Liebhard, Jack Reise, Ryan Christopher Rodems, Edward O. Savitz, Joseph R. Seidman, Jr., Daniel S. Sommers, Marc A. Topaz, Curtis V. Trinko, Kenneth J. Vianale, and Peter Yu, Jr.; and a copy of the foregoing together with a copy of the Notice of Electronic Filing was sent to those parties listed on the attached Service List, via First Class U.S. Mail, postage prepaid.

_____
Attorney

## SERVICE LIST

Wayne T. Boulton
Schatz & Nobel, P.C.
330 Main St.
Hartford, CT 06106-1851

Howard K. Coates, Jr
Milberg, Weiss, Bershad & Schulman LLP
5355 Town Center Rd., Suite 900
Boca Raton, FL 33486

Gregory M. Egleston
Bernstein Liebhard & Lifshitz, LLP
10 E. 40th St., 22nd Floor
New York, NY 10016

John G. Emerson
Emerson Poynter LLP
2228 Cottondale Ln., Suite 100
Little Rock, AR 72202-2037

David D. Ferrentino
Law Offices of David D. Ferrentino
15810 Muirfield Dr.
Odessa, FL 33556

Elizabeth S. Finberg
Cohen, Milstein, Hausfeld & Toll, PLLC
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, DC 20005-3964

Frederick W. Gerkins, III
Wechsler, Harwood, LLP
488 Madison Ave., 8th Floor
New York, NY 10022

Robert I. Harwood
Wechsler, Harwood, LLP
488 Madison Ave., 8th Floor
New York, NY 10022

Tara Isaacson
Milberg, Weiss, Bershad & Schulman LLP
5355 Town Center Rd., Suite 900
Boca Raton, FL 33486

Oliver J. Janney
Law Office of Oliver J. Janney
1684 Peregrine Point Dr.
Sarasota, FL 34231

Patrick A. Klingman
Schatz & Nobel, P.C.
330 Main St.
Hartford, CT 06106-1851

Mel E. Lifshitz
Bernstein Liebhard & Lifshitz, LLP
10 E. 40th St., 22nd Floor
New York, NY 10016

Herbert E. Milstein
Cohen, Milstein, Hausfeld & Toll, PLLC
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, DC 20005-3964

Jeffrey M. Norton
Wechsler, Harwood, LLP
488 Madison Ave., 8th Floor
New York, NY 10022

Charles Piven
Law Offices of Charles J. Piven, P.A.
World Trade Center, Suite 2525
401 E. Pratt St.
Baltimore, MD 21202

Samuel H. Rudman
Geller Rudman, PLLC
200 Broadhollow Rd., Suite 406
Melville, NY 11747

Andrew Schatz
Schatz & Nobel, P.C.
330 Main St.
Hartford, CT 06106-1851

Steven G. Schulman
Milberg, Weiss, Bershad, et al
One Pennsylvania Plaza – 49th Fl.
New York, NY 10119