# Greenberg
# Traurig

David J. Stone
(212) 801-2124
DStone@gtlaw.com

May 9, 2005

**BY FACSIMILE AND U.S. MAIL**

Ross A. Albert, Esq.
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Re: <u>Sabates v. Curd, et al.</u>

Dear Ross:

  I write concerning your notices of the depositions of Howard R. Curd and KC May for May 29, 2005 and June 2, 2005, respectively, which you served without first consulting us. Those dates will not work for us. Ron will be out of town, and I will be in trial on another matter. I am trying to contact my clients to learn their availability for deposition later in June. In addition, please note that KC May's representative will likely be made available at Greenberg Traurig's offices in New York, New York, and Howard will be made available at Greenberg Traurig's offices in Orlando, Florida. Moreover, I note that, if KC May designates Howard F. Curd as its Rule 30(b)(6) representative, the KC May deposition will be the only opportunity for Plaintiffs to depose Howard F. Curd in this litigation.

  Please let me know immediately whether you will agree to adjourn the dates for the depositions and negotiate a schedule convenient to all parties. I would appreciate it if you would let me know the availability of Felix and Mario for deposition during the last two weeks of June.

  Defendants reserve all rights to further object to the Notices of Deposition, and Defendants note that their willingness to schedule the depositions discussed above is subject to and without withdrawing their Motion to Consolidate.

  Thank you for your cooperation.

Sincerely,

David J. Stone