UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

ROSA BELLOCCO, on behalf of herself and all others similarly situated,

                Plaintiffs,

v.

HOWARD R. CURD, ROBERT L. SORAN, and GEORGE J. ZULANAS, JR.,

                Defendants.

Civil Action No.: 8:02-CV-1141-T-27TBM

---

**AFFIDAVIT OF JEFFREY M. HABER IN
SUPPORT OF PETITION FOR ATTORNEYS' FEES
AND DISBURSEMENTS FILED ON BEHALF OF PLAINTIFFS' COUNSEL**

STATE OF NEW YORK      )
                                   ) ss.:
COUNTY OF NEW YORK   )

JEFFREY M. HABER, being first duly sworn, deposes and says:

1.     I am a member of the law firm of Bernstein Liebhard & Lifshitz, LLP. I submit this affidavit in support of Plaintiffs' Counsel's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred in connection with this litigation.

2.     My firm served as lead sole lead counsel in this class action. The tasks undertaken by my firm can be summarized as follows: the attorneys at my firm conducted an investigation and prepared a draft of our initial complaint and conferred and corresponded with our clients. Thereafter, attorneys and paralegals at my firm conferred and corresponded on an

ongoing basis relating to a motion for the appointment of lead plaintiff. Attorneys at my firm conferred with large shareholders who indicated they wished to serve as lead plaintiff and explained the responsibilities and duties of a lead plaintiff. Attorneys at my firm also drafted a motion seeking to appoint two of our clients, Fuller & Thaler Asset Management ("F&T") and Dwight Tracy ("Tracy"), as lead plaintiffs. F&T and Tracy were subsequently appointed as lead plaintiffs in this action. Thereafter, attorneys at my firm: drafted the consolidated amended complaint; drafted a response to the Court's Order to Show Cause why the action should not be stayed against the non-debtor defendants after the bankruptcy of defendant Uniroyal; drafted the opposition to defendants' motion to dismiss; drafted the opposition to Defendants' objections to Magistrate McCoun's report and recommendation upholding most of Plaintiffs' claims; drafted the opposition to defendants' motion for leave to file several supplemental pleadings, including one concerning Defendants' request that the Court take judicial notice of SEC filings; drafted the opposition to Defendant Curd's motion to consolidate this action with an unrelated action; participated in two mediation sessions with Defendants and retired U.S.D.J. Nicholas Politan; conducted extensive confirmatory discovery, including interviews with the defendants and review of hundreds of thousands of pages of documents; and drafted the documents concerning the settlement.

3.   The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partners, attorneys and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous, daily time records regularly prepared and

maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

    4.    The hourly rates for the partners, attorneys and professional support staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other securities or shareholder litigation.

    5.    The total number of hours expended on this litigation by my firm is 2,180.52 hours. The total lodestar for my firm is $1,070,253.75, consisting of $903,640 for attorneys' time and $158,538.75 for professional support staff time. Liaison Counsel, Barker Rodems & Cook, P.A., expended 91.1 hours, for a lodestar of $40,995. Total lodestar for lead and liaison counsel is $1,111,248.75.

    6.    My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

    7.    As detailed in Exhibit 2, my firm has incurred a total of $102,113.77 in un-reimbursed expenses in connection with the prosecution of this litigation. Barker Rodems & Cook, P.A. incurred expenses of $1,894.90. Other Plaintiffs' Counsel have incurred expenses of $37,825.78, all of which amounts are also broken down by category in Exhibit 2. Total expenses for Plaintiffs' Counsel were $141,834.45.

    8.    The expenses incurred in this action are reflected on the books and records of the respective firms. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

9. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 are brief biographies of lead and liaison counsel.

_____
JEFFREY M. HABER

Sworn to before me this
23rd day of _March_, 2006

_____
Notary Public

JOSEPH R. SEIDMAN, JR.
NOTARY PUBLIC, State of New York
No. 02SE6009653
Certified in West Chester County
Commission Expires

# EXHIBIT 1

## BERNSTEIN LIEBHARD & LIFSHITZ, LLP

## UNIROYAL TIME REPORT

## INCEPTION THROUGH MARCH 23, 2006

| Name | Total Hrs. | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Stanley D. Bernstein | 4 | $695 | $2,780 |
| Mel Lifshitz | 26.5 | $695 | $18,417.50 |
| Jeffrey M. Haber | 288.50 | $650 | $187,525 |
| Robert J. Berg | 1.75 | $650 | $1,137.50 |
| U. Seth Ottensoser | 1.5 | $650 | $975 |
| **OF COUNSEL** | | | |
| Felecia L. Stern | 428 | $595 | $254,660 |
| **ASSOCIATES:** | | | |
| Gregory M. Egleston | 53.25 | $495 | $26,358.75 |
| Joseph Beige | 6 | $375 | $2,250 |
| Joseph R. Seidman, Jr. | 262.75 | $495 | $130,061.25 |
| Mary U. Hoover | 563 | $495 | $278,685 |
| Matthew H. Hersch | 2 | $395 | $790 |
| | | | |
| **TOTAL ATTORNEYS** | 1,637.25 | | $903,640 |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Antoinette Brandt | 27.02 | $225 | $6,078.75 |
| Christine Martinez | 11 | $210 | $2,310.00 |
| Deborah Williams | 5.50 | $225 | $1,237.50 |
| Donald Richards | 84.50 | $325 | $27,462.50 |
| Kevin Griffith | 10.75 | $195 | $2,096.25 |
| Leslie David | 186 | $245 | $45,570 |

| Linda Flood | 12 | $150 | $1,800 |
|---|---|---|---|
| Loren Berger | 111 | $425 | $47,175 |
| Melissa Marcus | 14 | $245 | $3,430 |
| Michael Braithwaite | 1 | $195 | 195 |
| Peter Allocco | 44.5 | $225 | $10,012.50 |
| Salinda Williams | 2.75 | $150 | $412.50 |
| Steven Peitler | 19 | $425 | $8,075 |
| Tashi Sherwood | 5.75 | $245 | $1,408.75 |
| Terence Smith | 8.5 | $150 | $1,275 |
|  |  |  |  |
| **TOTAL SUPPORT STAFF** | 543.27 |  | $158,538.75 |
|  |  |  |  |
| **GRAND TOTAL LODESTAR** | **2,180.52** |  | **$1,070,253.75** |

# EXHIBIT 2

## BERNSTEIN LIEBHARD & LIFSHITZ, LLP

## UNIROYAL

## EXPENSE REPORT

## FROM INCEPTION THROUGH MARCH 23, 2006

| **Categories:** | **Amount** |
|---|---|
| Experts/Consultants | $47,807.08 |
| Fedex | $317.12 |
| Investigation | $326.00 |
| Meals | $1,027.65 |
| Messenger | $11.25 |
| Secretarial Overtime/Word Processing | $1,315 |
| Photocopying | $6,916.78 |
| Postage | $1,456.75 |
| Westlaw | $33,411.89 |
| News retrieval/press release | $1,492 |
| Research Other | $1,012.12 |
| Service Fees (Mediation) | $4,090 |
| Telephone/Fax | $385.94 |
| Transportation | $44.19 |
| Travel | $2,500 |
| **TOTAL EXPENSES:** | **$102,113.77** |

**BARKER RODEMS & COOK, P.A. (LIAISON COUNSEL)**

**UNIROYAL**

**EXPENSE REPORT**

**FROM INCEPTION THROUGH MARCH 23, 2006**

| **Categories:** | **Amount** |
|---|---:|
| Filing Fee | $10.00 |
| Messenger | $89.22 |
| Photocopying | $1,333.00 |
| Legal Research | $104.43 |
| Postage | $251.03 |
| Telephone/Fax | $107.22 |
| **TOTAL EXPENSES:** | **$1,894.90** |

## MILBERG WEISS BERSHAD & SCHULMAN, LLP

## UNIROYAL

## EXPENSE REPORT

## FROM INCEPTION THROUGH MARCH 23, 2006

| **Categories:** | **Amount** |
|---|---:|
| Experts/Consultants | $21,632.12 |
| Filing/Witness Fees | $620.50 |
| Meals | $45.60 |
| Messenger | $90.45 |
| Secretarial Overtime/Word Processing | $238.03 |
| Photocopying | $7,014.23 |
| Press Releases | $1,446.70 |
| Westlaw/Legal Research | $2,469.70 |
| Telephone/Fax | $561.74 |
| Transportation | $124.78 |
| Postage | $5.30 |
| **TOTAL EXPENSES:** | **$34,249.15** |

## LAW OFFICES OF CHARLES J. PIVEN, P.A.

## UNIROYAL

## EXPENSE REPORT

## FROM INCEPTION THROUGH MARCH 23, 2006

| **Categories:** | **Amount** |
|---|---|
| Photocopying | $19.00 |
| Postage | $5.75 |
| **TOTAL EXPENSES:** | **$24.75** |

# WECHSLER HARWOOD LLP

# UNIROYAL

# EXPENSE REPORT

## FROM INCEPTION THROUGH MARCH 23, 2006

| **Categories:** | **Amount** |
|---|---|
| Fedex | $23.91 |
| Filing Fee | $55.00 |
| Photocopying | $39.25 |
| Lexis/Westlaw | $328.89 |
| Press Releases | $850.00 |
| Research Other | $45.00 |
| Telephone/Fax | $.57 |
| **TOTAL EXPENSES:** | **$1,342.62** |

## LAW OFFICES OF CURTIS V. TRINKO, LLP

## UNIROYAL

## EXPENSE REPORT

## FROM INCEPTION THROUGH MARCH 23, 2006

| **Categories:** | **Amount** |
|---|---:|
| Messenger/Overnight Delivery | $59.01 |
| Photocopying | $90.00 |
| Postage | $8.73 |
| Telephone/Fax | $7.15 |
| **TOTAL EXPENSES:** | **$164.89** |

## SCHATZ & NOBEL, PC

## UNIROYAL

## EXPENSE REPORT

### FROM INCEPTION THROUGH MARCH 23, 2006

| Categories: | Amount |
|---|---|
| Fedex | $25.77 |
| Press Release | $646.00 |
| Research | $10.98 |
| **TOTAL EXPENSES:** | **$682.75** |

## SCHIFFRIN & BARROWAY, LLP

## UNIROYAL

## EXPENSE REPORT

## FROM INCEPTION THROUGH MARCH 23, 2006

| **Categories:** | **Amount** |
|---|---:|
| Messenger/Overnight Mail | $41.50 |
| Postage | $26.71 |
| Legal Research | $795.99 |
| Press Releases/Notices | $456.67 |
| Telephone/Fax | $42.50 |
| **TOTAL EXPENSES:** | **$1,363.37** |

**EXHIBIT 3**

Case 8:02-cv-01141-JDW-TBM    Document 111    Filed 03/23/2006    Page 15 of 15