# EXHIBIT B

# AFFIDAVIT

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, <u>Cindy Kehoe</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>Thursday, January 26, 2006</u>; advertiser: <u>Uniroyal Technology Corp.</u>; and that the foregoing statements are true and correct to the best of my knowledge.

*Cindy Kehoe*

Sworn to before me this
31st day of January, 2006

*Terri M. Knabenshue*
Notary Public

[Notary Seal: TERRI M. KNABENSHUE, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 02-03-2008]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA

ROSA BELLOCCO, on behalf of herself
and all others similarly situated,
Plaintiff(s),

Civil Action No.:
8:02-CV-1141-T-27TBM

v.

HOWARD R. CURD, ROBERT L. SORAN,
and GEORGE J. ZULANAS, JR.,
Defendants.

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT THEREOF AND FAIRNESS HEARING

TO: All Persons Who Purchased Or Acquired The Common Stock Of Uniroyal Technology Corp. ("Uniroyal" Or The "Company") During The Period February 8, 2000 Through And Including May 13, 2002 (The "Class Period"), Who Suffered Damages Thereby (The "Class")

YOU ARE HEREBY NOTIFIED that a hearing will be held on March 30, 2006 at 9:15 a.m., before the Honorable James D. Whittemore, United States District Judge, at the Sam M. Gibbons United States Courthouse & Federal Building, 801 North Florida Avenue, Tampa, Florida 33602 (the "Settlement Hearing") to determine: (1) whether the terms of the settlement (the "Settlement") described in the Stipulation and Agreement of Settlement (the "Stipulation"), which, among other things, provides for the creation of a settlement fund of $2,650,000 in cash, plus accrued interest (the "Settlement Fund"), for the benefit of the Class, should be approved as fair, just, reasonable and adequate to each of the parties; (2) whether the proposed plan to distribute the Settlement Fund to the Class (the "Plan of Allocation") is fair, just, reasonable, and adequate; (3) whether Lead Plaintiffs and Lead Plaintiffs' Counsel have adequately represented the Class; (4) whether the application by Plaintiffs' Counsel for an award of attorneys' fees and expenses should be approved; and (5) whether the Action should be dismissed with prejudice. The Court may adjourn or continue the Settlement Hearing without further notice to the Class.

IF YOU PURCHASED UNIROYAL COMMON STOCK DURING THE PERIOD DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION. To share in the distribution of the Settlement Fund, you must establish your rights by filing a Proof of Claim and Release ("Proof of Claim") on or before June 26, 2006.

### THE ALLEGATIONS

The captioned litigation is a class action alleging violations of the federal securities laws. Lead Plaintiffs allege that the price of Uniroyal common stock was artificially inflated because Defendants made materially false and misleading statements about Uniroyal, its operations, businesses, and financial condition. Lead Plaintiffs further allege that, despite knowledge of the true circumstances, Defendants withheld such information from the market and otherwise caused the misleading statements to be published through the Company's press releases, SEC filings and other public representations. Lead Plaintiffs further allege that as a consequence of Defendants' conduct, the Class members purchased Uniroyal common stock at artificially inflated prices and were damaged thereby.

Defendants deny any wrongdoing, fault, liability or damage to Lead Plaintiffs or the Class, deny that they engaged in any wrongdoing, deny that they committed any violation of law, and deny that they acted improperly in any way. Defendants further state that they believe that (i) they acted properly at all times, and (ii) this Action is without merit. In view, however, of the uncertainty and risk of the outcome of any litigation (especially complex securities litigation), the difficulties and substantial expense and length of time necessary to defend the proceeding, possibly through conclusion of discovery, possible summary judgment motions, a possible trial, possible post-trial motions and possible appeals, and to eliminate the burden and expense of further litigation, Lead Plaintiffs and Defendants wish to settle the Action and put the Released Claims to rest, finally and forever, without in any way acknowledging any wrongdoing, fault, liability or damage to Lead Plaintiffs or the Class.

### EXCLUSION FROM THE SETTLEMENT

If you desire to be excluded from the Class, you must file a request for exclusion by March 16, 2006, in the manner and form explained in the detailed Notice referred to below. All Class members who have not requested exclusion from the Class will be bound by the Settlement and any judgment and release entered in the Action even if they do not file a timely Proof of Claim.

Any Class member who has not validly and timely requested to be excluded from the Class, and who objects to any aspect of the Settlement, the Plan of Allocation, the adequacy of representation by Lead Counsel, or the application for attorneys' fees, costs and expenses, may appear and be heard at the Settlement Hearing. Any such Person must submit a written notice of objection by March 16, 2006, in the manner and form explained in the detailed Notice referred to below.

If you have not yet received the Notice of Pendency and Settlement of Class Action, Hearing on Proposed Settlement and Attorneys' Fee Petition and Right to Share in Settlement Fund, which more completely describes the Settlement and your rights thereunder, and a Proof of Claim, you may obtain copies of these documents by identifying yourself as a Class member and/or writing to: Uniroyal Technology Corporation Securities Litigation, c/o The Garden City Group, Inc., Claims Administrator, P.O. Box 9000 #6089, Merrick, New York 11566-9000, or by calling (888) 890-8179; or Bernstein Liebhard & Lifshitz, LLP, Attn: Jeffrey M. Haber, Esq., 10 East 40th Street, 22nd Fl., New York, N.Y. 10016. Inquiries should NOT be directed to Uniroyal, the Court, or the Clerk of Court.

Dated: January 26, 2006

---

* Excluded from the Class are shareholders or entities who acquired Uniroyal shares pursuant to the merger with Sirenza Microdevices, Inc., the Defendants, members of each Defendants' immediate family (parents, spouses, siblings), and officers, affiliates, any person, firm, trust, corporation, officer, director or other individual or entity in which any Defendant has a controlling interest, or which is related to or affiliated with any of them, and the legal representatives, heirs, successors-in-interest or assigns of any such excluded party, and the actions against Roberto S. Rosales and Carolyn G. Sharpes v. Howard R. Curd, et al., 8:04-cv-00624-RAL, M.D. Fla. action.

# EXHIBIT C

| EXC10<br>EXC10006 | **Exclusion Report**<br>UNIROYAL SECURITIES LITIGATION | | | Page 1 of 1<br>21-Mar-06  10:01 AM | |
|---|---|---|---|---|---|
| **IdNo Description** | **Name/Address** | **Phone No** | **Postmark Date** | **Acct No** | **Status** |
| 199 SCHLITT, SANFOR | SANFORD SCHLITT<br>491 MEADOWLARK DRIVE<br>SARASOTA FL 34236 | | 03/09/06 | | Timely |

**Associated Claims**

| 1002815 | SANFORD SCHLITT CHARLES SCHWAB & CO INC CUS | 1002816 | SANFORD SCHLITT DESIGNATED BENE PLAN/TOD |
|---|---|---|---|

**Total 1**

March 8, 2006

To: Uniroyal Technology Corporation Securities Litigation
  EXCLUSIONS
  C/O The Garden City Group
  Claims Administrator
  PO Box 9000 #6388
  Merrick, NY 11566-9000

Fm: Sanford Schlitt
  491 Meadowlark Drive
  Sarasota, Florida 34236
  Tel: 941 951 0366

Re: EXCLUSION FROM THE CLASS

This is to notify you that I wish to be excluded from this class. Attached is a summary of my transactions in Uniroyal Stock to include purchase and sale details.





## PART II: SCHEDULE OF TRANSACTIONS IN UNIROYAL COMMON STOCK

Separately list each of your purchases, acquisitions, or sales of Uniroyal common stock below. Photocopy this page if more space is needed. Be sure to include your name and Social Security number or Tax ID number on any additional sheets. The date of purchase or sale is the "trade" or "contract" date, and not the "settlement" or "payment" date.

7. **BEGINNING HOLDINGS.** Number of shares of Uniroyal common stock held at the beginning of trading on **February 8, 2000.** (If none, write 0). (Must be documented)  **0**

8. **PURCHASES/ACQUISITIONS:** Purchases and acquisitions of Uniroyal common stock between **February 8, 2000** through and including **May 13, 2002.** (Must be documented)

| Date(s) of Purchase (List Chronologically) (Month/Day/Year) | Number of Shares of Uniroyal Common Stock Purchased | Purchase Price Per Share of Uniroyal Common Stock | Total Purchase Price (excluding commissions, taxes, and fees) |
|---|---|---|---|
| 6/28/00 | 2000 | $12.00 | $24100 |
| 3/01/01 | 1000 | $ | $6456.20 |
| 8/01/01 | 1000 | $7.17 | $7170 |
| 8/07/01 | 1000 | $6.23 | $6230 |

9. **PURCHASES/ACQUISITIONS:** Number of shares of Uniroyal common stock purchased or acquired between **May 14, 2002** through and including **August 12, 2002**  **0**

10. **SALES:** Sales of Uniroyal common stock during the period of **February 8, 2000** through and including **August 12, 2002** (Must be documented)

| Date(s) of Sale (List Chronologically) (Month/Day/Year) | Number of Shares of Uniroyal Common Stock Sold | Sale Price Per Share of Uniroyal Common Stock | Total Sale Price (excluding commissions, taxes, and fees) |
|---|---|---|---|
| 12/28/00 | 1000 | $6.50 | $6500. |
| 12/31/01 | 4000 | $2.87 | $11470. |
| / / | | $ | $ |
| / / | | $ | $ |

11. **UNSOLD HOLDINGS:** Number of shares of Uniroyal common stock owned at the close of business on **August 12, 2002.** (If none, write 0). (Must be documented)  **0**

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS PHOTOCOPY THIS PAGE

3



## ACCURATE CLAIM PROCESSING TAKES TIME.
## THANK YOU FOR YOUR PATIENCE.

### REMINDER CHECKLIST

1. Please sign the Certification section of the Proof of Claim and Release form

2. If this claim is made on behalf of joint claimants, then both must sign

3. Please remember to attach supporting documents

4. DO NOT SEND ORIGINALS OF ANY SUPPORTING DOCUMENTS

5. The Claims Administrator will acknowledge receipt of your Proof of Claim and Release by mail, within 30 days. Your claim is not deemed fully filed until you receive an acknowledgement postcard. If you do not receive an acknowledgement within 30 days, please call the Claims Administrator toll-free at (888) 890-8179

6. If you move, please send us your new address

7. Do not use highlighter on the Proof of Claim and Release form or supporting documentation.

THIS PROOF OF CLAIM MUST BE POSTMARKED NO LATER THAN
JUNE 28, 2006 AND MUST BE MAILED TO

**Uniroyal Technology Corporation Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
PO Box 9000 #6388
Merrick, NY 11566-9000**

S. SANFORD SCHLITT
SPENFORD FUNDING GROUP INC
491 MEADOW LARK DRIVE
SARASOTA FLORIDA 34236

3/9/06




United Technology Corp Securities Litigation
EXCLUSIONS
c/o Garden City Group
Claims Administrator
PO Box 9000 #6388
Merrick N.Y 11566-9000