UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA

| | |
|---|---|
| ROSA BELLOCCO, on behalf of herself and all others similarly situated, | Civil Action No.: 8:02-CV-1141-T-27TBM |
| Plaintiff(s), | |
| v. | |
| HOWARD R. CURD, ROBERT L. SORAN, and GEORGE J. ZULANAS, JR., | |
| Defendants. | |

**MOTION FOR APPROVAL OF CLAIMS ADMINISTRATION PROCESS, APPROVAL AND PAYMENT OF CLAIMS ADMINISTRATOR'S INVOICE, AND APPROVAL OF DISTRIBUTION OF THE SETTLEMENT FUND TO THE CLASS**

Lead Plaintiffs, Fuller & Thaler Asset Management, Inc. and Dwight Tracy, by and through their counsel, hereby advise this Court that the claims administration process has been completed by the administrator, The Garden City Group. Therefore, Lead Plaintiffs hereby move this Court for an order approving the claims administration process, approving the invoice of, and directing that payment be made to, the Claims Administrator, The Garden City Group, from the Settlement Fund, and approving and directing the distribution of the Settlement Fund to eligible Class members. In support of such motion, Lead Plaintiffs hereby offer the Affidavit of Randi Alarcon Collotta, Director of Securities Operations of The Garden City Group, along with Exhibits A-D attached thereto.

Pursuant to local rule, Defendants, upon consultation, do not oppose the relief sought herein.

Dated: January 17, 2007

Respectfully submitted,

**BARKER, RODEMS & COOK P.A.**

<u>s/ Chris A. Barker</u>
Chris A. Barker, Esq.
Florida Bar No. 885568
400 North Ashley Drive, Suite 2100
Tampa, Florida 33602
Telephone: (813) 489-1001
Facsimile: (813) 489-1008

**Liaison Counsel for Lead Plaintiffs and the Class**

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Jeffrey M. Haber
Joseph R. Seidman, Jr.
10 East 40th Street, 22nd Floor
New York, New York 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**Lead Counsel for Lead Plaintiffs and the Class**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to registered CM/ECF participants.

**BARKER, RODEMS & COOK, P.A.**

<u>s/ Chris A. Barker</u>
Chris A. Barker, Esquire