UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSA BELLOCCO, on behalf of herself and
all others similarly situated,
          Plaintiffs,

v.                                    CASE NO. 8:02-CV-1141-T-27TBM

HOWARD R. CURD, ROBERT L. SORAN,
and GEORGE J. ZULANAS,
          Defendants.

## ORDER

**BEFORE THE COURT** is the Plaintiff's Motion for Approval of Claims Administration Process, Approval and Payment of Claims Administrator's Invoice and Approval of Distribution of the Settlement Fund to the Class (Dkt. 116). Upon consideration, it is

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Approval of Claims Administration Process, Approval and Payment of Claims Administrator's Invoice and Approval of Distribution of the Settlement Fund to the Class (Dkt. 116) is **DENIED** without prejudice.

2. Helen D. Bauman's Request for Court Review of Final Notice of Ineligibility is set for hearing on **April 5, 2007 at 10:00 A.M.**

**DONE AND ORDERED** at Tampa, Florida this 5th day of March, 2007.

                                                          JAMES D. WHITTEMORE
                                                          **United States District Judge**

Copies to:
Counsel of Record
Helen Bauman, 908 Ridgedale Road, South Bend, IN 46614-2052
Jane Bennett, 4100 Edison Lakes Parkway, Suite 100, Mishawaka, IN 46545