# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ROSA BELLOCCO, on behalf of herself and all others similarly situated, | Civil Action No.: 8:02-CV-1141-T-27TBM |
| Plaintiff, | |
| v. | |
| HOWARD R. CURD, ROBERT L. SORAN, and GEORGE J. ZULANAS, JR., | |
| Defendants. | |

## LEAD PLAINTIFFS' MOTION FOR
## DISTRIBUTION OF REMAINING SETTLEMENT FUNDS

Lead Plaintiffs Fuller & Thaler Asset Management and Dwight Tracy ("Tracy") bring this motion to distribute the remaining settlement funds to co-lead plaintiff Tracy, who was unable to timely submit his proof of claim due to serious medical illness, Steven Alverson, who inadvertently missed the deadline, and to five individuals who cured their deficient (but timely) claims after the deadline. Defendants, upon consultation, take no position to oppose the relief requested.

Dated: February 5, 2008                    Respectfully submitted,

**BARKER, RODEMS & COOK P.A.**

/s/ **Chris A. Barker**

---

Chris A. Barker, Esq.
Florida Bar No. 885568
400 N. Ashley Dr., Ste. 2100
Tampa, Florida  33602
Telephone:  (813) 489-1001
Facsimile:  (813) 489-1008
cbarker@barkerrodemsandcook.com

13721v1

        **Liaison Counsel for Lead Plaintiffs**
        **and the Settlement Class**

        **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
        Jeffrey M. Haber
        Joseph R. Seidman, Jr.
        10 East 40th Street, 22nd Floor
        New York, New York 10016
        Telephone: (212) 779-1414
        Facsimile: (212) 779-3218

        **Lead Counsel for Lead Plaintiffs**
          **and the Settlement Class**

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to registered CM/ECF participants.

        **BARKER, RODEMS & COOK, P.A.**

        **S/CHRIS A. BARKER**

        **CHRIS A. BARKER, ESQUIRE**